

FILED
CLERK, U.S. DISTRICT COURT
7/26/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: ___RAM___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 5:22-MJ-00465 |
| v. | |
| BUSTAMANTE, ROBERT | DECLARATION RE OUT-OF-DISTRICT WARRANT |
| DEFENDANT(S). | |

The above-named defendant was charged by: PETITION
in the Southern District of California on 07/26/2022
at 8:00 [x] a.m. / [ ] p.m. The offense was allegedly committed on or about 09/25/2018
in violation of Title Probation U.S.C., Section(s) Violation
to wit: Probation Violation

A warrant for defendant's arrest was issued by: The Honorable Anthony J. Battaglia, U.S District Judge

Bond of $ no was [ ] set / [x] recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     7/26/22
                Date

*Cesar Perez*
Signature of Agent

Cesar Perez
Print Name of Agent

USMS
Agency

DEO
Title