Submit this form by e-mail to:

[CrimIntakeCourtDocs-LA@cacd.uscourts.gov](mailto:CrimIntakeCourtDocs-LA@cacd.uscourts.gov) For Los Angeles criminal duty.

[CrimIntakeCourtDocs-SA@cacd.uscourts.gov](mailto:CrimIntakeCourtDocs-SA@cacd.uscourts.gov) For Santa Ana criminal duty.

[CrimIntakeCourtDocs-RS@cacd.uscourts.gov](mailto:CrimIntakeCourtDocs-RS@cacd.uscourts.gov) For Riverside criminal duty.

**FILED**
CLERK, U.S. DISTRICT COURT
7/26/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: RAM    DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

5:22-MJ-00465

UNITED STATES OF AMERICA, PLAINTIFF

v.

BUSTAMANTE, ROBERT

USMS# 60600-298

DEFENDANT

CASE NUMBER: 8:2017-CR-00757-AJB-1

**REPORT COMMENCING CRIMINAL ACTION**

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 07/26/2022 at 8:00 ☒ AM ☐ PM

   or

   The defendant was arrested in the CENTRAL District of CALIFORNIA on 07/26/22 at 8:00 ☒ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes ☐ No

4. Charges under which defendant has been booked:

   18 USC 3583

5. Offense charged is a: ☒ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor

6. Interpreter Required: ☒ No ☐ Yes   Language: _____

7. Year of Birth: 1970

8. Defendant has retained counsel: ☒ No
   ☐ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: DUTY OFFICER

10. Remarks (if any): _____

11. Name: Cesar Perez   (please print)

12. Office Phone Number: 951.276.6160

13. Agency: USMS

14. Signature: *Cesar Perez*

15. Date: 07/26/2022

CR-64 (09/20)   REPORT COMMENCING CRIMINAL ACTION